COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS


 
 
  
  
  
  
  
 IN RE:  DAVID BARRON,
  
  
                         Relator.   
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  '
 
  
 
 
  
  
                   No. 08-12-00302-CR
  
 AN
 ORIGINAL PROCEEDING
  
 IN
 MANDAMUS
  
  
 
 


MEMORANDUM
OPINION

 








Pending before
the Court is a petition for writ of mandamus filed by David Barron, Relator, in
which he complains that the 210th District Court failed to set a bond after
granting his motion for new trial.  Respondent
has since set a bond and Relator has filed a motion to withdraw his petition
for writ of mandamus.  We therefore
dismiss Relator’s petition for writ of mandamus as moot.  See In
re Woods, 261 S.W.3d 340, 341 (Tex.App.–Waco 2008, orig. proceeding); In re Jaramillo, 164 S.W.3d 774, 775
(Tex.App.–Texarkana 2005, orig. proceeding).

 

                                                                        GUADALUPE
RIVERA, Justice

October 31, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)